IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KORRINE DIGGS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VIKING COLLECTION SERVICE, INC. | : | NO. 08-4357 |

**O R D E R**

**AND NOW, TO WIT:** This 10th day of March, 2009, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   s/Lynn Meyer
       Lynn Meyer
       Deputy Clerk

cc:   Geoffrey Baskerville, Esquire (e-mail)
      Mark Mailman, Esquire (e-mail)
      Allen Bunker, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Diggs v. Viking 08-4357 - 41b order.wpd